UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HARRIS and KARLA HUDSON,

       Plaintiffs,                          Case Number 14-13630

v.                                             Honorable David M. Lawson

WAYNE COUNTY AIRPORT AUTHORITY,

       Defendant.
_____/

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the stipulation of the parties [dkt. #69],

It is **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated:   December 21, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 21, 2015.

                            s/Susan Pinkowski
                            SUSAN PINKOWSKI